JS-6   CV 20-7764 DSF (RAOx)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SALVADO VERDIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GENIUS BRANDS INTERNATIONAL, INC. and ANDY HEYWARD,<br><br>Defendants. | Case No. CV 20-7457 DSF (RAOx)<br><br>**ORDER GRANTING MOTION FOR CONSOLIDATION AND APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL (DKT. 33)** |
| SUMIT GARG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GENIUS BRANDS INTERNATIONAL, INC. and ANDY HEYWARD,<br><br>Defendants. | Case No. CV 20-7764 DSF (RAOx) |

Having considered the motion of Ali Alavi and the A Legacy Foundation for consolidation of related actions, appointment as lead plaintiff, and approval of counsel, and good cause appearing, **IT IS ORDERED THAT:**

1. The Motion is GRANTED;
2. The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as <u>In re Genius Brands International, Inc. Securities Litigation</u>, Master File No. CV 20-7457 DSF (RAOx);
3. All subsequently filed pleadings and papers shall be captioned <u>In re Genius Brands International, Inc. Securities Litigation</u>, Master File No. CV 20-7457 DSF (RAOx) and shall be filed only in this case;
4. Any subsequently filed or transferred actions on behalf of purchasers of securities of Genius Brands International, Inc. related to the claims asserted in these actions shall be consolidated with this action;
5. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Ali Alavi and the A Legacy Foundation as Lead Plaintiff;
6. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Glancy Prongay & Murray LLP as Lead Plaintiff's Counsel for the class;
7. Lead Plaintiff's Counsel shall maintain records of attorneys' fees and costs in the manner specified in a separate order to be issued by the Court;
8. All attorneys or other persons responsible for filings in this case are ordered to become familiar with the specific requirements of this Court, including the Court's Practices and Procedures on the Court's website and as stated in the

1  Court's orders issued from time to time.  Counsel shall become familiar with the
2  Local Rules and General Orders of the Central District of California.
3         IT IS SO ORDERED.
4  DATED:  December 2, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

ORDER